## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 0800 |
|---|---|
| Michael T. McGraith, et al., Appellant, | |
| v. | |
| Frances Gecker, et al., Appellee. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frances Gecker, not individually but as a Chapter 11 Trustee of the Estate of Automotive Professionals, Inc.

| NAME (Type or print) |
|---|
| Frances Gecker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Frances Gecker |

| FIRM |
|---|
| Frank/Gecker LLP |

| STREET ADDRESS |
|---|
| 325 North LaSalle Street, Suite 625 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6198450 | (312) 276-1400 (telephone) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐