# United States District Court
# Northern District of Illinois

In the Matter of

In re: Automotive Professionals, Inc.

Case No. 08 C 800

Designated Magistrate Judge
Nan R. Nolan

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **John F. Grady** to be related to 07 C 3750 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Joan H. Lefkow

Dated: February 21, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan H. Lefkow**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman

Dated: FEB 2 2 2008

Finding of Relatedness (Rev. 9/99)