UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Michael T McRaith
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00800
                                                    Honorable Joan H. Lefkow

Frances Gecker, not individually but as Ch. 11 Trustee of
Estate of Automotive Professionals, Inc.
                                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

MINUTE entry before Judge Joan H. Lefkow :Pursuant to Stipulation of Voluntary Dismissal [34] in lead case 07 C 1724, case is hereby dismissed with each party to bear its own costs. Civil case terminated. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.